DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**CHRISTINA WILLIS**,
Appellant,

v.

**BONDED SERVICES, INC.,** d/b/a **BONDED ROOFING SERVICES,** a
Florida Corporation, **ARDENT VENTURES, LLC,** d/b/a **EXCLUSIVE
PROPERTY MANAGEMENT,** a Florida Limited Liability Company, **JOHN
MARIO ZULUAGA, ARTURO CESAR CHARRO, MARCELLO ARIEL
ROVASIO, CAROLYN WILLIS, FLOREN LLC,** a Florida Limited Liability
Company, **FREDDIE LEE MCINTURFF, WENDY MCINTURFF, MAXIMO
INTERNATIONAL INVESTMENTS LLC,** a Florida Limited Liability
Company, **CRAIG VANDERLAAN,** Trustee, **OLSAK GROUP LLC,** a
Florida Limited Liability Company and **LAKEWOOD ON THE GREEN
CONDOMINIUM 2 ASSOCIATION, INC.,** a Florida Not For Profit
Corporation,
Appellees.

No. 4D18-502

[August 9, 2018]

Appeal of non-final order from the Circuit Court for the Seventeenth
Judicial Circuit, Broward County; Raag Singhal, Judge; L.T. Case No.
CACE16-008761 (21).

Amy M. Wessel of Shutts & Bowen LLP, Tampa, for appellant.

Daniel Te Young of the Law Office of Daniel Te Young, P.A., Pompano
Beach, for Appellee Bonded Services, Inc. d/b/a Bonded Roofing Services.

PER CURIAM.

*Affirmed.*

GROSS, DAMOORGIAN and KUNTZ, JJ., concur.

\*        \*        \*

***Not final until disposition of timely filed motion for rehearing.***